# United States Court of Appeals for the Fifth Circuit

No. 22-30254
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
March 31, 2023

Lyle W. Cayce
Clerk

CRAIG JOSEPH AUCOIN,

*Plaintiff—Appellant*,

*versus*

MADISON CORRECTIONAL CENTER; DAMON WILLIAMS, MEDICAL DIRECTOR MADISON CORRECTIONAL CENTER; WARDEN MADISON CORRECTIONAL CENTER; JOHN DOE, ARP ADMINISTRATOR AT MADISON CORRECTIONAL CENTER; MEDICAL COMPANY AT MADISON CORRECTIONAL CENTER; SECURITY MANAGEMENT, L.L.C.; LOUISIANA DEPARTMENT OF CORRECTIONS; JAMES M. LEBLANC, SECRETARY, DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS; JOHN DOE, LOUISIANA DEPARTMENT OF CORRECTIONS EMPLOYEE #1; JOHN DOE, LOUISIANA DEPARTMENT OF CORRECTIONS EMPLOYEE #2; JOHN DOE, LOUISIANA DEPARTMENT OF CORRECTIONS EMPLOYEE #3; JOHN DOE, LOUISIANA DEPARTMENT OF CORRECTIONS EMPLOYEE #4; JANE DOE, MEDICAL STAFF AT MADISON CORRECTIONAL CENTER #1; JANE DOE, MEDICAL STAFF AT MADISON CORRECTIONAL CENTER #2; JANE DOE, MEDICAL STAFF AT MADISON CORRECTIONAL CENTER #3; JANE DOE, MEDICAL STAFF AT MADISON CORRECTIONAL CENTER #4,

*Defendants—Appellees*.

No. 22-30254

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:21-cv-03686

Before JONES, HAYNES, and OLDHAM, *Circuit Judges*.

PER CURIAM:*

This court must examine the basis of its jurisdiction, on its own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). In this 42 U.S.C. § 1983 case, the district court granted a partial dismissal of the Plaintiff's claims without stating it was a final judgment or asserting a Federal Rule of Civil Procedure 54(b) designation. "Federal appellate courts have jurisdiction over appeals only from (1) a final decision under 28 U.S.C. § 1291; (2) a decision that is deemed final due to jurisprudential exception or that has been properly certified as final pursuant to Fed. R. Civ. P. 54(b); and (3) interlocutory orders that fall into specific classes, 28 U.S.C. § 1292(a), or that have been properly certified for appeal by the district court, 28 U.S.C. § 1292(b)." *Askanase v. Livingwell, Inc.*, 981 F.2d 807, 809-10 (5th Cir. 1993). This partial dismissal is not a final or otherwise appealable order. Accordingly, the appeal is DISMISSED for want of jurisdiction.

---

* This opinion is not designated for publication. See 5TH CIR. R. 47.5.